IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRIAN CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-00671-CV-W-ODS |
| | ) |
| CITY OF CONCORDIA, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER DENYING PLAINTIFF'S MOTION TO RELEASE IRS RECORDS

Pending is Plaintiff's Motion to Release IRS Records. Doc. #23. Plaintiff asks the Court to order the IRS to release Anthony Helm's 2015 W-2 tax form for the Concordia police department. Plaintiff contends "the court will find the lack of Anthony Helms employment tax forms proof that there was never a[n] Anthony Helms employed as a police officer at Concordia police department." Plaintiff, however, provides no authority for the Court to order the IRS to release an individual's W-2 or direct the IRS to affirmatively represent an individual's W-2 does not exist. Accordingly, Plaintiff's motion is denied.

To the extent Plaintiff wants to know if an individual by the name of Anthony Helms was employed by the City of Concordia or the Concordia Police Department, Defendants in this matter, Plaintiff should propound discovery to those Defendants pursuant to the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: April 25, 2017         UNITED STATES DISTRICT COURT